# *IN THE SUPREME COURT, STATE OF WYOMING*

## 2019 WY 87

*April Term, A.D. 2019*

*August 28, 2019*

CARL LEROY CARLSON,

**Appellant**
**(Defendant),**

**v.**                                                                          S-19-0101

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶ 1]   **This matter** came before the Court upon its own motion following filing of Appellant's "Pro Se Brief."  Pursuant to a plea agreement, Appellant entered unconditional "no contest" pleas to (1) aggravated assault and battery and (2) interference with a peace officer, a misdemeanor.  Wyo.Stat.Ann. § 6-2-502(a)(iii); § 6-5-204(a).  On the felony, the district court imposed a four to six-year sentence, suspended in favor of six years of probation.  Appellant filed this appeal to challenge the district court's April 18, 2019, "Judgment and Sentence."

[¶ 2]   On June 24, 2019, Appellant's court-appointed appellate counsel filed a "Motion to Withdraw as Counsel," pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 1400, 18 L.Ed.2d 493 (1967).  This Court subsequently entered an order permitting Appellant to "file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal."  On August 8, 2019, Appellant filed his "Pro Se Brief."

[¶ 3]   Now, following a careful review of the record, the "*Anders* brief" submitted by appellate counsel, and the "Pro Se Brief," this Court finds that appellate counsel's motion to withdraw should be granted and the district court's "Judgment and Sentence" should be affirmed.

[¶ 4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant, Carl Leroy Carlson, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶ 5]   **ORDERED** that the district court's April 18, 2019, "Judgment and Sentence" be, and the same hereby is, affirmed.

[¶ 6]   **DATED** this 28th day of August, 2019.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**